7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Jeanette Lynn O'Neill
***Debtor***

**First Bank of the Lake**
    Plaintiff(s)

v.

**Jeanette Lynn O'Neill**
    Defendant(s)

***Bankruptcy Case No.***
13–21016–drd7

***Adversary Case No.***
13–02042–drd

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: JUDGMENT IS ENTERED in favor of plaintiff/creditor, First Bank of the Lake, and against defendant/debtor, Jeanette Lynn ONeill, in the amount of Twenty–Five Thousand Dollars ($25,000.00. This Judgment shall bear interest at the rate of five percent (5%) per annum.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 1/2/14

Court to serve